UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MACMASTER,

    Plaintiff,                                                                  Case No.  21-cv-11052

v                                                                                              Hon. Stephen J. Murphy, III

DAVID BUSACCA, Individually,                                             Mag. Judge David R. Grand
BRIAN KOLODZIEJ, Individually,
MICHAEL GERALD, Individually and in
his official capacity,
LAUREN SCHIPANI, Individually,
JOHANNA MACMASTER, Individually, and
LAURA MOODY, Individually,

    Defendants.

---

| | |
|---|---|
| JOSHUA BLANCHARD (P72601) | G. GUS MORRIS (P32960) |
| KEELEY D. BLANCHARD (P68661) | CHRISTOPHER J. RAITI (P68600) |
| MELISSA C. FREEMAN (P80075) | **McGRAW MORRIS P.C.** |
| Blanchard Law | Attys for Def. LAUREN SCHIPANI |
| Attorneys for Plaintiff | 2075 W. Big Beaver Road, Ste. 750 |
| 809 S. Lafayette Street, Suite 208 | Troy, MI  48084 |
| P. O. Box 938 | (248) 502-4000/(248) 502-4001 (Fax) |
| Greenville, MI  48838 | gmorris@mcgrawmorris.com |
| (616) 773-2945/Fax: (616) 328-6501 | craiti@mcgrawmorris.com |
| josh@blanchard.law | |

---

## APPEARANCE

Please enter the appearance of McGRAW MORRIS P.C., by CHRISTOPHER J. RAITI, on behalf of Defendant, LAUREN SCHIPANI, in the above-captioned

cause of action.

          Respectfully submitted,

          **McGRAW MORRIS P.C.**

          By: /s/CHRISTOPHER J. RAITI
          G. GUS MORRIS (P32960)
          CHRISTOPHER J. RAITI (P68600)
          Attys for Def. LAUREN SCHIPANI
          2075 W. Big Beaver Road, Ste. 750
          Troy, MI   48084
          (248) 502-4000
          gmorris@mcgrawmorris.com
          craiti@mcgrawmorris.com

Dated: July 12, 2021

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MACMASTER,

   Plaintiff,

v

DAVID BUSACCA, Individually,
BRIAN KOLODZIEJ, Individually,
MICHAEL GERALD, Individually and in
his official capacity,
LAUREN SCHIPANI, Individually,
JOHANNA MACMASTER, Individually, and
LAURA MOODY, Individually,

   Defendants.

Case No.  21-cv-11052

Hon. Stephen J. Murphy, III

Mag. Judge David R. Grand

---

| | |
|---|---|
| JOSHUA BLANCHARD (P72601)<br>KEELEY D. BLANCHARD (P68661)<br>MELISSA C. FREEMAN (P80075)<br>Blanchard Law<br>Attorneys for Plaintiff<br>809 S. Lafayette Street, Suite 208<br>P. O. Box 938<br>Greenville, MI  48838<br>(616) 773-2945/Fax: (616) 328-6501<br>josh@blanchard.law | G. GUS MORRIS (P32960)<br>CHRISTOPHER J. RAITI (P68600)<br>**McGRAW MORRIS P.C.**<br>Attys for Def. LAUREN SCHIPANI<br>2075 W. Big Beaver Road, Ste. 750<br>Troy, MI  48084<br>(248) 502-4000/(248) 502-4001 (Fax)<br>gmorris@mcgrawmorris.com<br>craiti@mcgrawmorris.com |

---

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2021, I caused to be served the attached APPEARANCE on behalf of Defendant, LAUREN SCHIPANI, with the Clerk of the

3

Court using the ECF system that will send notification of such filing to all attorneys of record at the email addresses denoted on the Electronic Mail Notice List.

**McGRAW MORRIS P.C.**

By: /s/ CHRISTOPHER J. RAITI
G. GUS MORRIS (P32960)
CHRISTOPHER J. RAITI (P68600)
Attys for Def. LAUREN SCHIPANI
2075 W. Big Beaver Road, Ste. 750
Troy, MI   48084
(248) 502-4000
craiti@mcgrawmorris.com