UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MACMASTER,

    Plaintiff,

v					No. 2:21-cv-11052

DAVID BUSACCA, individually,		HON. STEPHEN J. MURPHY
BRIAN KOLODZIEJ, individually,
MICHAEL GERALD, individually	MAG. DAVID R. GRAND
and in his official capacity;
LAUREN SCHIPANI, individually;
JOHANNA MACMASTER,
individually; and
LAURA MOODY, individually;
jointly and severally

    Defendants.
_____/

| | |
|---|---|
| Joshua Blanchard (P72601) | Mark E. Donnelly (P39281) |
| Keeley D. Blanchard (P68661) | Zachary A. Zurek (P80116) |
| Melissa C. Freeman (P80075) | Assistants Attorney General |
| Blanchard Law | Attorneys for Defendant Moody |
| Attorneys for Plaintiff | MDOC Division |
| 309 S. Lafayette Street, Ste 208 | P.O. Box 30217 |
| P.O. Box 938 | Lansing, MI 48909 |
| Greenville, MI 48838 | (517) 335-3055 |
| (616) 773-2945 | donnellym@michigan.gov |
| Josh@blanchard.law | |
| | G. Gus Morris (P32960) |
| Matthew S. McKone (P62998) | McGraw Morris, P.C. |
| The McKone Law Firm, LLC | Attorney for Defendant Schipani |
| Attorney for Defendant Busacca | 2075 W. Big Beaver Road, Ste 750 |
| 6258 W. Pierson Road | Troy, MI 48084 |
| Flushing, MI 48433 | (248) 502-4000 |
| (810) 410-4204 | gmorris@mcgrawmorris.com |
| Mckonema@gmail.com | |

| | |
|---|---|
| Lauri B. Stewart (P55014) | Daniel J. Bernard (P342250) |
| Kerr, Russell and Weber PLC | Law Office of Daniel J. Bernard |
| Attorneys for Def Michael Gerald | Attorney for Def Johanna MacMaster |
| 500 Woodward, Ste 2500 | 18557 Canal Road, Suite 2 |
| Detroit, MI 48226 | Clinton Twp, MI 48038 |
| (313) 961-0200 | (586) 315-2009 |
| lstewart@kerr-russell.com | dan@bernardlaw.us |

Brian Kolodziej (P76330)
*Pro Se* Defendant
46471 Jonathan Circle, Apt 209
Shelby Twp, MI 48317
(586) 872-0025
Bklaw2020@yahoo.com

/

# **MOTION TO WITHDRAW**

Due to his retirement from the Michigan Department of Attorney General, Assistant Attorney General Mark E. Donnelly requests, pursuant to L.R. 83.25, that he be permitted to withdraw as counsel for Defendant Moody. Defendant Moody will continue to be represented by Assistant Attorney General, Zachary A. Zurek. Mark E. Donnelly also requests he be removed from further electronic filing notices.

Respectfully submitted,

Dana Nessel
Attorney General

*/s/Mark E. Donnelly*
Mark E. Donnelly
Assistant Attorney General
Attorney for Defendants

                                              MDOC Division
P. O. Box 30217
Lansing, MI  48909
(517) 335-3055
donnellym@michigan.gov
P39281

Dated:  December 29, 2021

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on December 29, 2021, I electronically filed the above document(s) with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

                                              */s/Mark E. Donnelly*
Mark E. Donnelly (P39281)
Assistant Attorney General
Attorney for Defendant Moody
Michigan Dept of Attorney General