UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

**SEAN MACMASTER,**
                 Plaintiff,        Case No. 2:21-cv-11052

                                Hon. Stephen J. Murphy

v.


**DAVID BUSACCA,** et al,
                 Defendants.
_____/

**JOINT STATUS REPORT**

Pursuant to the Court's Order (ECF No. 130) directing the parties to participate in a settlement conference with Chief Magistrate Judge Grand, and the subsequent directive to file a joint status report following the conclusion of that conference (ECF No. 146), the parties submit the following report:

A settlement conference was conducted before Chief Magistrate Judge Grand beginning at 9:30 a.m. on April 15, 2025, and concluding at approximately 12:30 a.m. on April 16, 2025. The following individuals participated:

1

- Plaintiff: Sean MacMaster, and attorneys Joshua Blanchard and Melissa Freeman
- Defendant Johanna MacMaster: Johanna MacMaster, USAA Litigation Manager, and attorney Dan Bernard
- Defendant Brian Kolodziej: Brian Kolodziej and attorney Pete Peacock
- Defendant David Busacca: MSP Major Chris Hawkins, and attorneys Audrey Forbush and Michael Hanchett

While no settlement was reached during the conference, the parties engaged in substantial discussions and continue to work actively toward potential resolution. A mediator's proposal has been issued for the parties' consideration, which would resolve the case as to Plaintiff, Defendant Kolodziej, and Defendant Busacca. The Court's deadline for response to that proposal is Tuesday, April 22, 2025, as set by Judge Grand.

Plaintiff and Defendant Johanna MacMaster remain actively engaged in productive negotiations concerning the potential resolution of the claims between them.

In light of the ongoing discussions and outstanding proposal, the parties respectfully request permission to file a brief supplemental joint status report on or before Wednesday, April 23, 2025, to advise the Court of any further developments.

                                                  Respectfully Submitted,

Dated: April 17, 2025          /s/ Joshua A. Blanchard
                                           Joshua Blanchard
                                           Attorney for Plaintiff

Dated: April 17, 2025          /s/ Audrey Forbush (w/ permission)
                                           Audrey Forbush
                                           Attorney for Defendant Busacca

Dated: April 17, 2025          /s/ Daniel Bernard (w/ permission)
                                           Daniel Bernard
                                           Attorney for Defendant MacMaster

Dated: April 17, 2025          /s/ Peter Peacock (w/ permission)
                                           Peter Peacock
                                           Attorney for Defendant Kolodziej