UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MACMASTER,

        Plaintiff,

v.

DAVID BUSACCA, et al.,

        Defendant.

_____/

Case No. 2:21-cv-11052

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER OF PARTIAL DISMISSAL**

UPON THE STIPULATION AND AGREEMENT of the undersigned; the parties hereto having entered into a Settlement Agreement effective April 19, 2025, the terms of which are incorporated herein by reference; and the Court being fully advised in the premises; now, therefore:

**IT IS HEREBY ORDERED** that as to Defendant Johanna MacMaster, only, the plaintiff's claims shall be and are DISMISSED with prejudice and without costs to any party.

**IT IS FURTHER ORDERED** that this Court retains jurisdiction to enforce the Settlement Agreement, consistent with *Kokkonen v Guardian Life Ins Co of Am,* 511 US 375 (1994).

**SO ORDERED**.

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: May 20, 2025

Approved as to form and content:

| | |
|---|---|
| BLANCHARD LAW | LAW OFFICE OF DANIEL J. BERNARD |
| By:   /s/Joshua Blanchard | By: /s/Daniel J. Bernard |
| Joshua Blanchard (P72601) | Daniel J. Bernard (P34225) |
| Melissa Freeman (P80775) | 18557 Canal Road, Suite 2 |
| 309 S. Lafayette St., Suite 208 | Clinton Township, MI 48038 |
| Greenville, MI 48838 | 586-315-2009 |
| (616) 773-2945 | *dan@bernardlaw.us* |
| *josh@blanchard.law* | Attorney for Defendant |
| *melissa@blanchard.law* | Johanna MacMaster |
| Attorneys for Plaintiff | |