UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MACMASTER,

    Plaintiff,

v.

DAVID BUSACCA, et al.,

    Defendants.

Case No.: 2:21-cv-11052
Hon. Stephen J. Murphy, III
Magistrate David R. Grand

---

## DEFENDANT DAVID BUSACCA'S
## OFFER OF JUDGMENT PURSUANT TO FED. R. CIV. P. 68

**NOW COMES** Defendant, **DAVID BUSACCA**, by and through his attorneys, **PLUNKETT COONEY**, and pursuant to Fed. R. Civ. P. 68, hereby offers to stipulate to the entry of a judgment in Plaintiff's favor in the amount of Eight Hundred Thousand Dollars ($800,000.00) inclusive of attorney fees, to resolve all claims asserted by Plaintiff against Defendant Busacca, including all costs, fees and interest accrued as set forth in Fed. R. Civ. P. 68.

        Respectfully submitted,

        */s/ Audrey J. Forbush*
        Audrey J. Forbush (P41744)
        PLUNKETT COONEY
        Attorney for Defendant Busacca
        111 E Court Street, Suite 1B
        Flint, MI 48502
        (810) 342-7014

Dated: June 11, 2025        aforbush@plunkettcooney.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that on the 11th day of June, 2025, I filed the foregoing document and this Certificate of Service with the Clerk of the Court using the electronic court filing system, which will send notification of such filing to all Counsel of Record.

        */s/Michelle A. Sheppard*
        MICHELLE A. SHEPPARD
        PLUNKETT COONEY