UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MACMASTER,

    Plaintiff,

v.

DAVID BUSACCA and BRIAN KOLODZIEJ,

    Defendants.
_____/

Case No. 2:21-cv-11052

HONORABLE STEPHEN J. MURPHY, III

### STIPULATED ORDER STRIKING OFFER OF JUDGMENT

**IT IS ORDERED** that Defendant Busacca's improperly filed offer of judgment (ECF No. 159) is **STRICKEN** from the record.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: June 24, 2025

Stipulated as to form, content, and for entry:

/s/Audrey J. Forbush (w/ consent)    /s/ Joshua A. Blanchard
Audrey J. Forbush (P41744)         Joshua A. Blanchard (P72601)
Attorney for Defendant Busacca     Attorney for Plaintiff