UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SEAN MACMASTER,

        Plaintiff,

v.

DAVID BUSACCA and BRIAN
KOLODZIEJ,

        Defendants.
_____/

Case No. 2:21-cv-11052

HONORABLE STEPHEN J. MURPHY, III

# **VERDICT FORM**

## Question 1 – Unlawful Search Warrant Claim - Kolodziej

**Question 1A**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej lacked probable cause to seek a search warrant?

__X__
Yes                                                          _____
                                                             No

If your answer is yes, proceed to Question 1B.

If your answer is no, proceed to Question 2.

**Question 1B**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej misrepresented or omitted facts from the affidavit and search warrant application and that those misrepresentations or omissions were material to a finding of probable cause?

__X__
Yes                                                          _____
                                                             No

If your answer is yes, proceed to Question 1C.

If your answer is no, proceed to Question 2.

**Question 1C**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej mispresented or omitted facts from the affidavit and search warrant application intentionally, deliberately, or with reckless disregard for the truth?

__X__
Yes                                                          _____
                                                             No

Whether you answer yes or no, please proceed to Question 2.

## Question 2 – Prosecution Without Probable Cause
## (Malicious Prosecution) - Kolodziej

**Question 2A**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej made, influenced, or participated in the decision to initiate prosecution against him?

__X__  
Yes                                                          No

If your answer is yes, proceed to Question 2B.

If your answer is no, proceed to Question 3.

**Question 2B**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej lacked probable cause to prosecute Plaintiff?

__X__  
Yes                                                          No

If your answer is yes, proceed to Question 2C.

If your answer is no, proceed to Question 3.

**Question 2C**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej misrepresented or omitted facts from the affidavit and arrest warrant application that was used to obtain the arrest warrant and that those misrepresentations or omissions were material to a finding of probable cause?

__X__  
Yes                                                          No

If your answer is yes, proceed to Question 2D.

If your answer is no, proceed to Question 3.

**Question 2D**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej mispresented or omitted material facts from the affidavit and arrest warrant application that was used to obtain the arrest warrant and those misrepresentations or omissions were made intentionally, deliberately, or with reckless disregard for the truth?

__✗__  _____
Yes                                                                       No

Whether you answer yes or no, please proceed to Question 3.

## Question 3 – Conspiracy – Kolodziej

**Question 3A**: Has Sean MacMaster proven by a preponderance of the evidence that Brian Kolodziej participated in a conspiracy to deprive Plaintiff of his constitutional rights?

_____  ____X____
Yes                                      No

Whether you answer yes or no, please proceed to Question 4.

## Question 4 – Unlawful Search Warrant Claim – Busacca

**Question 4A**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca lacked probable cause to secure a search warrant?

__X__                                          _____
Yes                                                    No

If your answer is yes, proceed to Question 4B.

If your answer is no, proceed to Question 5.

**Question 4B**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca misrepresented or omitted facts from his affidavit and search warrant application and that those misrepresentations or omissions were material to a finding of probable cause?

__X__                                          _____
Yes                                                    No

If your answer is yes, proceed to Question 4C.

If your answer is no, proceed to Question 5.

**Question 4C**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca mispresented or omitted facts from his affidavit and search warrant application intentionally, deliberately, or with reckless disregard for the truth?

__X__                                          _____
Yes                                                    No

Whether you answer yes or no, please proceed to Question 5.

## Question 5 – Unlawful Arrest Warrant Claim – Busacca

**Question 5A**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca lacked probable cause to secure an arrest warrant?

__X__   _____
Yes        No

If your answer is yes, proceed to Question 5B.

If your answer is no, proceed to Question 6.

**Question 5B**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca misrepresented or omitted facts from his affidavit and arrest warrant application and that those misrepresentations or omissions were material to a finding of probable cause?

__X__   _____
Yes        No

If your answer is yes, proceed to Question 5C.

If your answer is no, proceed to Question 6.

**Question 5C**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca mispresented or omitted facts from his affidavit and arrest warrant application intentionally, deliberately, or with reckless disregard for the truth?

__X__   _____
Yes        No

Whether you answer yes or no, please proceed to Question 6.

## Question 6 – Prosecution Without Probable Cause
## (Malicious Prosecution) – Busacca

**Question 6A**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca made, influenced, or participated in the decision to initiate prosecution against him?

__X__  _____
Yes                                                           No

If your answer is yes, proceed to Question 6B.

If your answer is no, proceed to Question 7.

**Question 6B**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca lacked probable cause to secure an arrest warrant?

__X__  _____
Yes                                                           No

If your answer is yes, proceed to Question 6C.

If your answer is no, proceed to Question 7.

**Question 6C**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca misrepresented or omitted facts from his affidavit and arrest warrant application and that those misrepresentations or omissions were material to a finding of probable cause?

__X__  _____
Yes                                                           No

If your answer is yes, proceed to Question 6D.

If your answer is no, proceed to Question 7.

**Question 6D**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca mispresented or omitted material facts from his affidavit and arrest warrant application intentionally, deliberately, or with reckless disregard for the truth? (Your answer must be the same as your answer to Question 5C).

__X__  
Yes

_____  
No

Whether you answer yes or no, please proceed to Question 7.

## Question 7 – Conspiracy – Busacca

**Question 7(A)**: Has Sean MacMaster proven by a preponderance of the evidence that Trooper Busacca participated in a conspiracy to deprive Plaintiff of his constitutional rights?

_____   __✗_____
Yes              No

If your answer to Question 1(C), 2(D), 3(A), 4(C), 5(C), 6(D), or 7(A) is "yes," please proceed to Question 8. Otherwise, your deliberations are complete.

## Question 8 – Damages

1) State the sum of damages, if any, that Sean MacMaster has proven by a preponderance of the evidence that he experienced as a proximate cause of actions by David Busacca and/or Brian Kolodziej:
   a. Past lost wages: 255,000
   b. Future lost wages: 1,788,115
   c. Past pain and suffering: 12,500,000
   d. Future pain and suffering: 16,000,000
   e. Past reputational harm: 450,000
   f. Future reputational harm: 2,000,000
   g. Attorney's fees: 450,000

   $33,443,115

2) If you awarded Sean MacMaster compensatory damages above, you may also, but you are not required to, award him punitive damages if you find that the conduct of either defendant was with malice or in reckless disregard of his rights.

   What amount of punitive damages, if any, do you award Sean MacMaster against Defendant David Busacca?

   $10,000,000

   What amount of punitive damages, if any, do you award Sean MacMaster against Defendant Brian Kolodziej?

   $15,000,000

Sign and date below and alert the Court Officer that you have reached a verdict.

s/Jury Foreperson

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

8/12/2025

Date